UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Edmond J. Carrierre, Jr<br><br>Petitioner<br><br>Superintendent Sean Medeiros<br><br>Respondent | Civil Action No. 1:15-cv-13496-FDS |

ORDER OF DISMISSAL

September 6, 2018

Saylor, D.J.

Pursuant to the Court's Memorandum and Order [40] filed on 09/05/2018, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ F. Dennis Saylor, IV

United States District Judge